**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY HOME EQUITY LOAN TRUST 2005-1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-1;** *Plaintiff*, | § § § § § § § § | |
| **v.** | § § | **MO:18-CV-00110-DC** |
| **JESUS ESTRELLA and JENNIFER ESTRELLA,** *Defendants*. | § § § § | |

**FINAL JUDGMENT**

On this day, the Court entered an order granting Deutsche Bank National Trust Company's (Deutsche Bank) First Amended Motion for Default Judgment against Defendants Jesus Estrella and Jennifer Estrella (Defendants). Accordingly, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

It is **ORDERED**, **ADJUDGED**, **AND DECREED** that an event of default has occurred on a note executed on or about July 29, 2004 by Jesus Estrella, and originally made payable to MILA, Inc. d/b/a Mortgage Investment Lending Associates, Inc., as lender on a loan secured by real property.

It is further **ORDERED**, **ADJUDGED**, **AND DECREED** that a security instrument dated July 29, 2004, signed by Jesus Estrella and Jennifer Estrella, and recorded as document number 11494 in the real property records of Ector County, Texas, provides Deutsche Bank, as the current holder of the note and beneficiary of the security instrument, in the event of default on the note, with a first lien security interest on certain real property and improvements known as

4648 Fountain Lane, Odessa, Texas 79761 (the Property), and more specifically described as follows:

> BEING LOT 9, BLOCK 7, UNIVERSITY GARDENS, AN ADDITION TO THE CITY OF ODESSA, ECTOR COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT OF RECORD IN VOLUME 16, PAGE 50 & 51, PLAT RECORDS, ECTOR COUNTY, TEXAS.

It is further **ORDERED**, **ADJUDGED**, **AND DECREED** that Deutsche Bank is the current holder of the note and beneficiary of the security instrument.

It is further **ORDERED**, **ADJUDGED**, **AND DECREED** that due to Defendants' default on the note, Deutsche Bank, as the current holder of the note and beneficiary of the security instrument, may enforce its lien on the Property through non-judicial foreclosure on the Property as provided in the loan agreement and Texas Property Code § 51.002.

It is further **ORDERED**, **ADJUDGED**, **AND DECREED** that any notices regarding foreclosure of the Property may be mailed to Jesus Estrella at 4648 Fountain Lane, Odessa, Texas 79761 and Jennifer Estrella at 3402 N. Washington Avenue, Odessa, Texas 79764.

It is further **ORDERED**, **ADJUDGED**, **AND DECREED** that Deutsche Bank is awarded reasonable attorney fees and costs of court, which are secured, in addition to the outstanding balance on the note, by the security instrument on the Property. Deutsche Bank is **ORDERED** to file a bill of costs pursuant to Federal Rule of Civil Procedure 54(d) and Local Court Rule CV-54.

It is further **ORDERED**, **ADJUDGED**, **AND DECREED** that all pending motions are hereby **DENIED AS MOOT**.

It is further **ORDERED**, **ADJUDGED**, **AND DECREED** that all relief not expressly granted is hereby **DENIED**.

It is further **ORDERED**, **ADJUDGED**, **AND DECREED** that the case is hereby **CLOSED**.

It is so **ORDERED**.

SIGNED this 19th day of May, 2020.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE